G. FREDERICK KLAFFKY, Respondent, v. LONG ISLAND ICE CORPORATION and Others, Appellants.— Order denying defendants' motion to make the complaint more definite and certain affirmed, with ten dollars costs and disbursements, with leave to defendants to answer within ten days from service of a copy of the order herein. No opinion. Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ., concur.

ALFONSO or ALFRED LONGO, Appellant, v. ANNA LONGO, Respondent.— Order denying motion to vacate and set aside default affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ., concur.

MINNIE MEYERS, Respondent, v. CLINTON HERNANDEZ, INC., Appellant.— Judgment of the City Court of Yonkers unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

MICHELIN TIRE COMPANY, INC., and STANDARD OIL COMPANY OF NEW YORK, INC., Respondents, v. PETER JOHNSTON and JEWEL JOHNSTON, Appellants, and Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

CHARLES NUTTING, Respondent, v. LOUIS NOVEMBER and Another, Doing Business, etc., Defendants, and LOUIS N. JAFFE, Appellant.— Order amending summons and complaint by substituting a corporate defendant for an individual defendant reversed upon the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, upon authority of *Licausi* v. *Ashworth* (78 App. Div. 486) and *Gray* v. *Vought & Co.* (216 id. 230). Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ., concur.

JUDSON H. PAIGE, Respondent, v. OSCAR PALMLEAF and Another, Defendants, and PALMAY, INC., a Domestic Corporation, and MICHAEL PETRIKO, Appellants. — Judgment reversed on the law and the facts and a new trial granted, costs to abide the event, upon the ground that the verdict is against the weight of the evidence upon the question of whether the plaintiff was the procuring cause of the sale, and upon the further ground that the plaintiff failed to establish the usual and customary rate of brokerage upon the sale of real property in the city of New York. Lazansky, P. J., Kapper and Davis, JJ., concur; Carswell, J., concurs upon the last ground stated; Scudder, J., not voting.